# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**IGNACIO LOERA,**

       **Petitioner,**

**v.**                                                                                    **No. 12-cv-0648 WJ/SMV**

**JAMES JANECKA, Warden et al.,**

       **Respondents.**

## ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

THIS MATTER is before the Court on Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 3], and the Court, being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 3] is **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**