IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**IGNACIO LOERA,**

      **Petitioner,**

v.   No. 12-cv-0648 WJ/SMV

**JAMES JANECKA, Warden et al.,**

      **Respondents.**

### ORDER GRANTING RESPONDENTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER

THIS MATTER is before the Court on Respondents' Motion for an Extension of Time to File an Answer (28 U.S.C. § 2254) [Doc. 8] ("Motion"), filed on July 10, 2012. Currently, the deadline for Respondents to file an answer is Friday, July 20, 2012. Order to Answer [Doc. 6] at 1. The Motion requests either a 32-day extension of time for Respondents to file their answer, or until Wednesday, August 15, 2012. Motion [Doc. 8] at 1. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Respondents' Motion for an Extension of Time to File an Answer (28 U.S.C. § 2254) [Doc. 8] is **GRANTED**, and that Respondents shall have until **Tuesday, August 21, 2012**, to file their answer.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**